William Andrew Allen
01637192 CT Terrzil Unit
1300 Fm 655
Rosharon Texas 77583

79,356-13,23
Clerk Abel Acosta-
Court of Criminal Appeal
Po Box 12308 Capitol Station
Austin Texas 78711

To The Honorable Clerk of said Court

Comes Know William Andrew Allen  I am In need of Post Card Receipt. 12/12/2013.

Allen, William Andrew Trial Court Cause 08-09-12976- 08-09-12986  WR-79,356-13. -WR-79-356-23.

on This day, the Supplement clerks Record, In Response To The Order Issued by This Court. Has Been Received And presented To The Court. Mailing Date Dec 16 2013.

Also I need The Asnwer from The Honorable court on These Same Cause Numbers As I Never Did Receive An Asnwer To These Writs

Respectfully

William Andrew Allen

September 1 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 08 2015

Abel Acosta, Clerk